### 24177. LEE v. MOORE.

GUERRY, J. This case is controlled by the decision in *Lee* v. *Lott*, 50 *Ga. App.* 39 (177 S. E. 92).

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 26, 1934.

*Bussey & Fulcher*, for plaintiff in error.
*H. A. Woodward, D. G. Fogarty*, contra.